Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4619 N Ravenswood Ave, Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JANET WHITTIER,        ) | |
|               Plaintiff,   ) | **Case No.: 2:15-at-694** |
|      v.               ) | |
| CONVERGENT OUTSOURCING, INC.,  ) | **PLAINTIFF'S COMPLAINT** |
|            Defendant.  ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JANET WHITTIER, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CONVERGENT OUTSOURCING, INC.

DATED: July 9, 2015              RESPECTFULLY SUBMITTED,


By:   /s/ Michael S. Agruss_____
                Michael S. Agruss

1

**CERTIFICATE OF SERVICE**

On July 09, 2015, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to defense counsel, Craig Mariam, at cmariam@gordonrees.com

By: _/s/ Michael S. Agruss_____
Michael S. Agruss